IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA L. BUENDIA, | No. C 11-00732 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| LONG BEACH MORTGAGE COMPANY, a Delaware corporation, US BANK NATIONAL ASSOCIATION, a National Banking Association formerly known as First Union National Bank, AURORA LOAN SERVICES INC., a Delaware corporation, QUALITY LOAN SERVICE CORPORATION, BETTER HOMES AND GARDENS REAL ESTATE MASON-MCDUFFIE, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, | |
| Defendants. | |

Upon reassignment of this case to the undersigned and pursuant to the reassignment order, defendant Mason-McDuffie Real Estate, Inc., doing business as Better Homes and Gardens Real Estate, Mason-McDuffie Real Estate renoticed its previously-filed motion to dismiss plaintiff's complaint (Dkt. No. 16). Defendant noticed the hearing for April 7, 2011.

Pursuant to Civil Local Rule 7-3, any brief in opposition to defendant's motion was due on March 17, 2011, but no such opposition has been received. Plaintiff Maria Buendia is ordered to respond by **APRIL 8, 2011**, and show cause for her failure to respond to the motion in accordance with Civil Local Rule 7-3. This order to show cause does not constitute permission to file a late opposition. The hearing on April 7, 2011, is **VACATED**. A new hearing shall be

noticed by the Court if necessary. If plaintiff does not respond by April 8, 2011, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE