IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA L. BUENDIA,<br><br>    Plaintiff,<br><br>  v.<br><br>LONG BEACH MORTGAGE COMPANY, a Delaware corporation, US BANK NATIONAL ASSOCIATION, a National Banking Association formerly known as First Union National Bank, AURORA LOAN SERVICES INC., a Delaware corporation, QUALITY LOAN SERVICE CORPORATION, BETTER HOMES AND GARDENS REAL ESTATE MASON-MCDUFFIE, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>    Defendants.<br>                                                              / | No. C 11-00732 WHA<br><br>**ORDER OF DISMISSAL** |

Upon reassignment of this case to the undersigned and pursuant to the reassignment order, defendant Mason-McDuffie Real Estate, Inc., doing business as Better Homes and Gardens Real Estate, Mason-McDuffie Real Estate renoticed its previously-filed motion to dismiss plaintiff's complaint. Defendant noticed the hearing for April 7, 2011. Pursuant to Civil Local Rule 7-3, any brief in opposition to defendant's motion was due on March 17, 2011, but no such opposition was received. On March 18, plaintiff was ordered to show cause why the action should not be dismissed for failure to prosecute. Plaintiff was ordered to respond by April 8, but no response has been received. Plaintiff was explicitly warned: "If [she] does not respond by April 8, 2011, this case will be dismissed for failure to prosecute." As plaintiff — after being clearly warned

1  that dismissal was imminent — has failed to prosecute this action, it is **DISMISSED**.  Judgment
2  will be entered in favor of defendants and against plaintiff.

 **IT IS SO ORDERED.**

Dated:  April 11, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2